# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THOMAS EDWARDS | § |
| | §  Civil Action No.  4:20-CV-62 |
| v. | §  (Judge Mazzant/Judge Nowak) |
| | § |
| LAKEVIEW LOAN SERVICING, LLC, ET AL. | § |
| | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) submitted by Plaintiff Thomas Edwards and Defendants Lakeview Loan Servicing, LLC and Flagstar Bank, F.S.B. (Dkt. #7).  After reviewing the Joint Stipulation, and all relevant filings, and finding that all parties are in agreement, the Court finds the Stipulation should be **GRANTED**.  Accordingly,

It is therefore **ORDERED** that, by agreement of the Parties, all claims against Defendants in the above-entitled and number action are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that, by agreement of the Parties, each party shall bear their own costs and attorney's fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 5th day of February, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE